AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:26-cv-00464

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Alpha Residential TN, LLC

was received by me on *(date)*  4/21/2026  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Bryan Boyd , who is

designated by law to accept service of process on behalf of *(name of organization)*  Alpha Residential TN, LLC

on *(date)* 4/24/2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ 105.00 for services, for a total of $ 105.00

I declare under penalty of perjury that this information is true.

Date:  4/25/2026

/s/ *Michael Draving*
_____
*Server's signature*

Michael Draving
_____
*Printed name and title*


5700 Leslie Ave, Apt 7, Nashville, TN 37209
_____
*Server's address*

Additional information regarding attempted service, etc:

Proof Job #1710529 | Serve #SRV-FAGJWHE

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

| | | |
|---|---|---|
| MATHEW ROGERS, individually and no behalf of all others similarly situated, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.      3:26-cv-00464 |
| ALPHA RESIDENTIAL TN, LLC, d/b/a ALPHA RESIDENTIAL, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ALPHA RESIDENTIAL TN, LLC
d/b/a ALPHA RESIDENTIAL
c/o Brian Thomas Boyd, Registered Agent
6100 Tower Circle, Suite 200
Franklin, TN  37067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      J. Gerard Stranch, IV
STRANCH, JENNINGS & GARVEY, PLLC.
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:      4/15/2026

_____
*Signature of Clerk or Deputy Clerk*

Proof Job #1710529 | Serve #SRV-FAGJWHE

Exhibit 1a)



Proof Job #1710529 | Serve #SRV-FAGJWHE

Exhibit 1b)



200

Thompson Burton
PLLC

Proof Job #1710529 | Serve #SRV-FAGJWHE