MATTHEW ROGERS, individually and on
behalf of all others similarly situated,

        Plaintiff,

v.

ALPHA RESIDENTIAL TN, LLC d/b/a
ALPHA RESIDENTIAL,
        Defendant.

Case No. 3:26-cv-00464

## NOTICE OF APPEARANCE OF KEELIN M. KRAEMER

Keelin M. Kraemer, of the law firm Polsinelli PC, hereby gives notice of her appearance as counsel for Alpha Residential TN, LLC in this action. Copies of all pleadings, motions, and other documents shall be served on counsel using the information listed below.

Respectfully submitted this 12th day of May, 2026.

/s/ Keelin M. Kraemer
Keelin M. Kraemer (# 041284)
**POLSINELLI PC**
501 Commerce Street, Suite 1300
Nashville, TN 37203
Tel.: (615) 252-3928
Email: kkraemer@polsinelli.com

*Counsel for Defendant Alpha
Residential TN, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2026, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system, which served the same upon all counsel of record.


By: */s/ Keelin M. Kraemer*
Keelin M. Kraemer