# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

MATTHEW ROGERS, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

ALPHA RESIDENTIAL TN, LLC d/b/a ALPHA RESIDENTIAL,
        Defendant.

Case No. 3:26-cv-00464

## DEFENDANT ALPHA RESIDENTIAL TN, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Alpha Residential TN, LLC d/b/a Alpha Residential ("Alpha") respectfully requests that the Court enter an order extending Alpha's deadline to answer or otherwise respond to Plaintiff's Complaint to June 15, 2026. In support of this motion, Alpha states as follows:

1. Plaintiff filed the Complaint on April 15, 2026.

2. Alpha was served on April 24, 2026.

3. Alpha's deadline to answer or otherwise respond to the Complaint is currently May 15, 2026.

4. For good cause, the Court may grant an extension of time prior to the original time expiring. Fed. R. Civ. P. 6(b)(1)(A).

5. Good cause exists here because this extension will allow Alpha sufficient time to fully investigate the allegations and claims raised by Plaintiff's Complaint, engage in good faith settlement negotiations, and prepare a response if the parties are unable to reach a resolution. Should these negotiations be successful, the result will be the avoidance of unnecessary briefing, thus promoting judicial efficiency and economy.

1

6. Additionally, this is Alpha's first request for an extension of time to answer or otherwise respond to the Complaint.

7. On May 4, 2026, Plaintiff advised that it does not oppose Alpha's request to have up to and including June 15, 2026, to answer or otherwise respond to Plaintiff's Complaint.

8. This request is not made for the purpose of delay or harassment, and no party will be prejudiced by the additional time for Alpha to answer or otherwise respond.

WHEREFORE, Alpha respectfully requests that the Court extend the time for it to answer or otherwise respond to Plaintiff's Complaint until June 15, 2026.

Dated:  May 12, 2026.                    Respectfully submitted,

/s/ Keelin M. Kraemer
John W. Peterson (#26136)
Keelin M. Kraemer (#41284)
POLSINELLI PC
501 Commerce Street, Suite 1300
Nashville, TN 37203
Tel.: (615) 252-3928
Email: john.peterson@polsinelli.com
Email: kkraemer@polsinelli.com

*Counsel for Alpha Residential TN, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which served the same upon all counsel of record.

/s/ Keelin M. Kraemer
Keelin M. Kraemer

3