# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

MATTHEW ROGERS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

Case No. 3:26-cv-00464

ALPHA RESIDENTIAL TN, LLC d/b/a ALPHA RESIDENTIAL,

Defendant.

## NOTICE OF APPEARANCE OF JOHN W. PETERSON

John W. Peterson, of the law firm Polsinelli PC, hereby gives notice of his appearance as counsel for Alpha Residential TN, LLC in this action. Copies of all pleadings, motions, and other documents shall be served on counsel using the information listed below.

Respectfully submitted this 12th day of May, 2026.

/s/ John W. Peterson

John W. Peterson (#26136)
**POLSINELLI PC**
501 Commerce Street, Suite 1300
Nashville, TN 37203
Tel.: (615) 259-1523
Email: john.peterson@polsinelli.com

*Counsel for Defendant Alpha Residential TN, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2026, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system, which served the same upon all counsel of record.

By: */s/ John W. Peterson*
John W. Peterson