# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

MATTHEW ROGERS, individually and on
behalf of all others similarly situated,

        Plaintiff,

v.

ALPHA RESIDENTIAL TN, LLC d/b/a
ALPHA RESIDENTIAL,
        Defendant.

Case No. 3:26-cv-00464

## DEFENDANT ALPHA RESIDENTIAL TN, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant Alpha Residential TN, LLC d/b/a Alpha Residential ("Alpha"), by and through its undersigned counsel, hereby submits this Answer and Affirmative Defenses to Plaintiff Matthew Roger's ("Plaintiff") Complaint, stating in support thereof:

## ANSWER

1. Alpha states the allegations contained in Paragraph 1 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 1 as stated. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

2. Alpha denies the allegations in Paragraph 2.

## JURISDICTION AND VENUE

3. Alpha states the allegations contained in Paragraph 3 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 3.

4. Alpha states the allegations contained in Paragraph 4 state a legal conclusion to which no response is required. To the extent a response is required, Alpha admits that it conducts business

in this District.

5.      Alpha states the allegations contained in Paragraph 5 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 5 as stated. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

## PARTIES

6.      Alpha lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 6, which therefore stand denied.

7.      Alpha admits the allegations in Paragraph 7.

## BACKGROUND

### *The Telephone Consumer Protection Act*

8.      Paragraph 8 does not include any allegations against Alpha and therefore no response is required. To the extent a response is required Alpha denies the allegations in Paragraph 8 as stated. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

9.      Paragraph 9 does not include any allegations against Alpha and therefore no response is required. To the extent a response is required Alpha denies the allegations in Paragraph 9 as stated. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

10.     Paragraph 10 does not include any allegations against Alpha and therefore no response is required. To the extent a response is required Alpha denies the allegations in Paragraph 10 as stated. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

11.     Paragraph 11 does not include any allegations against Alpha and therefore no response is required. To the extent a response is required Alpha denies the allegations in Paragraph 11 as stated. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

12.     Alpha states the allegations contained in Paragraph 12 state a legal conclusion to which no

response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 12 as stated. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

13. Alpha states the allegations contained in Paragraph 13 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 13 as stated. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

14. Alpha states the allegations contained in Paragraph 14 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 14 as stated. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

15. Alpha states the allegations contained in Paragraph 15 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 15 as stated. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

16. Alpha states the allegations contained in Paragraph 16 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 16 as stated. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

17. Alpha states the allegations contained in Paragraph 17 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 17 as stated. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

18. Alpha states the allegations contained in Paragraph 18 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 18 as stated. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

19. Alpha states the allegations contained in Paragraph 19 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 19 as stated. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

3

*Plaintiff Matthew Rogers*

20. Alpha states the allegations contained in Paragraph 20 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 20 as stated. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

21. Alpha lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 21, which therefore stand denied.

22. Alpha lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 22 of the Complaint, which therefore stand denied.

23. Alpha lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 23 of the Complaint, which therefore stand denied.

24. Alpha lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 24 of the Complaint, which therefore stand denied.

25. Alpha lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 25 of the Complaint, which therefore stand denied.

26. Alpha lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 26 of the Complaint, which therefore stand denied.

27. Alpha lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 27 of the Complaint, which therefore stand denied.

28. Alpha lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 28 of the Complaint, which therefore stand denied.

29. Alpha lacks sufficient information or knowledge to form a belief as to the truth of the allegations contained in Paragraph 29 of the Complaint, which therefore stand denied.

30. Alpha denies the allegations in Paragraph 30.

31.     Alpha denies the allegations in Paragraph 31.

32.     Alpha denies the allegations in Paragraph 32.

33.     Alpha denies the allegations in Paragraph 33.

### *Defendant Engages in Telemarketing*

34.     Alpha admits the allegations in Paragraph 34.

35.     Alpha admits that it sells real estate brokerage, sales, and property management services. Alpha denies the remaining allegations contained in Paragraph 35.

36.     Paragraph 36 refers to the content of Alpha's website, which speaks for itself and is the best and highest evidence thereof. To the extent any allegations contained in Paragraph 36 are inconsistent with Alpha's website, Alpha denies those allegations.

37.     Alpha states the allegations contained in Paragraph 37 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 37 as stated. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

### *Defendant violated the TCPA*

38.     Alpha denies the allegations in Paragraph 38.

39.     Alpha admits that it has previously made calls to Plaintiff. Alpha denies the remaining allegations in Paragraph 39.

40.     Alpha admits that (623) 301-9111 is a number associated with Alpha. Alpha lacks sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in Paragraph 40 of the Complaint, which therefore stand denied.

41.     Alpha admits that it called Plaintiff on October 2, 2025.

42.     Alpha admits that it called Plaintiff on October 2, 2025 and left a voicemail, part of which is included in Paragraph 42. Alpha denies the remaining allegations contained in Paragraph 42.

43. Alpha denies the allegations contained in Paragraph 43.

44. Alpha denies the allegations contained in Paragraph 44.

45. Alpha denies the allegations contained in Paragraph 45.

46. Alpha denies the allegations contained in Paragraph 46.

47. Alpha denies the allegations contained in Paragraph 47.

48. Alpha denies the allegations contained in Paragraph 48.

49. Alpha denies the allegations contained in Paragraph 49.

50. Alpha denies the allegations contained in Paragraph 50.

51. Alpha denies the allegations contained in Paragraph 51.

52. Alpha states the allegations contained in Paragraph 52 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 52 as stated. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

53. Alpha states the allegations contained in Paragraph 53 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 53 as stated. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

54. Alpha denies the allegations contained in Paragraph 54.

55. Alpha denies the allegations contained in Paragraph 55.

56. Alpha denies the allegations contained in Paragraph 56.

<u>**CLASS ACTION ALLEGATIONS**</u>

57. Alpha states the allegations contained in Paragraph 57 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 57 as stated. Alpha denies there is any basis to proceed on a class-wide basis and therefore denies the allegations in Paragraph 57. By way of further answer, Alpha denies any wrongdoing or

6

violation of the TCPA.

58. Alpha states the allegations contained in Paragraph 58 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 58 as stated. Alpha denies there is any basis to proceed on a class-wide basis and therefore denies the allegations in Paragraph 58. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

59. Alpha states the allegations contained in Paragraph 59 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 59 as stated. Alpha denies there is any basis to proceed on a class-wide basis and therefore denies the allegations in Paragraph 59. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

60. Alpha states the allegations contained in Paragraph 60 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 60 as stated. Alpha denies there is any basis to proceed on a class-wide basis and therefore denies the allegations in Paragraph 60. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

61. Alpha states the allegations contained in Paragraph 61 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 61 as stated. Alpha denies there is any basis to proceed on a class-wide basis and therefore denies the allegations in Paragraph 61. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

62. Alpha states the allegations contained in Paragraph 62 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph

7

62 as stated. Alpha denies there is any basis to proceed on a class-wide basis and therefore denies the allegations in Paragraph 62. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

63.     Alpha states the allegations contained in Paragraph 63 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 63 as stated. Alpha denies there is any basis to proceed on a class-wide basis and therefore denies the allegations in Paragraph 63. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

64.     Alpha states the allegations contained in Paragraph 64 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 64 as stated. Alpha denies there is any basis to proceed on a class-wide basis and therefore denies the allegations in Paragraph 64. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

65.     Alpha states the allegations contained in Paragraph 65 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 65 as stated. Alpha denies there is any basis to proceed on a class-wide basis and therefore denies the allegations in Paragraph 65. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

66.     Alpha states the allegations contained in Paragraph 66 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 66 as stated. Alpha denies there is any basis to proceed on a class-wide basis and therefore denies the allegations in Paragraph 66. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

67. Alpha states the allegations contained in Paragraph 67 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 67 as stated. Alpha denies there is any basis to proceed on a class-wide basis and therefore denies the allegations in Paragraph 67. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

68. Alpha states the allegations contained in Paragraph 68 state a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in Paragraph 68 as stated. Alpha denies there is any basis to proceed on a class-wide basis and therefore denies the allegations in Paragraph 68. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

**FIRST CAUSE OF ACTION**
**Telephone Consumer Protection Act**
**Violations of 47 U.S.C. § 227(c)(5) and 47 C.F.R. § 64.1200(c)**
**(On Behalf of Plaintiff and the National Do-Not-Call Registry Class)**

69. Alpha incorporates its responses and defenses to the foregoing paragraphs as if fully set forth herein.

70. Alpha denies the allegations contained in Paragraph 70.

71. Alpha denies the allegations contained in Paragraph 71.

72. Alpha denies the allegations contained in Paragraph 72 and denies that Plaintiff is entitled to the relief sought. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

73. Alpha denies the allegations contained in Paragraph 73 and denies that Plaintiff is entitled to the relief sought. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

9

**SECOND CAUSE OF ACTION**
**Telephone Consumer Protection Act**
**Violations of 47 U.S.C. § 227(b)(1)(A)(iii) and 47 C.F.R. § 64.1200(d)**
**(On Behalf of Plaintiff and the Prerecorded Call Class)**

74. Alpha incorporates its responses and defenses to the foregoing paragraphs as if fully set forth herein.

75. Alpha denies the allegations contained in Paragraph 75.

76. Alpha denies the allegations contained in Paragraph 76.

77. Alpha denies the allegations contained in Paragraph 77 and denies that Plaintiff is entitled to the relief sought. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

78. Alpha denies the allegations contained in Paragraph 78 and denies that Plaintiff is entitled to the relief sought. By way of further answer, Alpha denies any wrongdoing or violation of the TCPA.

**PRAYER FOR RELIEF**

Alpha denies that Plaintiff is entitled to the relief it seeks and denies the allegations contained in the "Prayer for Relief" paragraph immediately following Paragraph 78 of the Complaint, including all subparts.

**DEMAND FOR JURY TRIAL**

Alpha admits that Plaintiff has demanded a trial by jury but states that whether Plaintiff is entitled to trial by jury is a legal conclusion to which no response is required. To the extent a response is required, Alpha denies the allegations in this paragraph as stated.

**GENERAL DENIAL**

Alpha denies each and every allegation, averment, and/or statement in the Complaint not expressly admitted herein, including the allegations contained in the section headers of the

Complaint.

## **AFFIRMATIVE DEFENSES**

In addition to the denials and averments set forth above, Alpha asserts the following affirmative and other defenses. In pleading these defenses, Alpha does not admit that it bears the burden of proof, production, or persuasion on any such defense.

1. Alpha adopts by reference all defenses, criteria, limitations, standards, and constitutional protections mandated by 47 U.S.C. § 227, including but not limited to the affirmative defense of reasonable practices and procedures to effectively prevent telephone solicitations in violation of 47 U.S.C. § 227(c), consent, and/or the alleged calls were covered by the Do-Not-Call Safe Harbor. 47 U.S.C. §§ 227(b)(1)(C), 227(c)(5).

2. Plaintiff's claims, and those of members of the putative class, are or may be barred, in whole or in part, because the Complaint fails to state claims upon which relief may be granted.

3. Plaintiff's claims, and those of members of the putative class, are or may be barred, in whole or in part, by its failure to allege facts sufficient to state a claim for any damages.

4. Plaintiff's claims, and those of members of the putative class, are or may be barred, in whole or in part, because Plaintiff has failed to allege and prove all conditions precedent to recovery.

5. Plaintiff claims, and those of members of the putative class, are or may be barred, in whole or in part, because Plaintiff lacks standing.

6. Plaintiff's claims, and those of members of the putative class, are or may be barred, in whole or in part, because Plaintiff's damages, if any, were caused by its own actions or inactions.

7. Plaintiff's claims, and those of members of the putative class, are or may be barred, in whole or in part, because Plaintiff has suffered no damages and/or has failed to mitigate its

purported damages.

8.    Plaintiff claims, and those of members of the putative class, are or may be barred, in whole or in part, or limited, by Alpha's terms and conditions.

9.    Plaintiff claims, and those of members of the putative class, are or may be barred, in whole or in part, because Plaintiff cannot meet the requirements of 47 U.S.C. § 227 to recover statutory or treble damages.

10.    Plaintiff's claims, and those of members of the putative class, are or may be barred, in whole or in part, by release, repudiation, consent, and/or waiver.

11.    Plaintiff's claims, and those of members of the putative class, are or may be barred, in whole or in part, by the doctrines of estoppel, quasi-estoppel, unclean hands, laches, and/or other equitable doctrines.

12.    Plaintiff's claims, and those of members of the putative class, are or may be barred, in whole or in part, because at all times Alpha acted lawfully.

13.    Plaintiff fails to identify a cognizable class under Rule 23 of the Federal Rules of Civil Procedure. Plaintiff cannot establish the class requirements including that (1) the class is so numerous that joinder of all members is impracticable, (2) there are questions of law or fact common to the class, (3) the representative parties will fairly and adequately protect the interest of the class, or (4) a class action is an appropriate method for fair and efficient adjudication of the controversy.

14.    This suit cannot be maintained as a class action, and Plaintiff cannot meet the standards necessary to certify a class action. Plaintiff's claims require individualized inquiries and proof, and Plaintiff's damages require individualized inquiries and proof, all of which require separate adjudication and separate trials.

12

15. Alpha reserves the right to amend and/or supplement its affirmative defenses as they develop through discovery or investigation.

Dated: June 15, 2026.

Respectfully submitted,

*/s/ John W. Peterson*

John W. Peterson (#26136)
Keelin M. Kraemer (#41284)
POLSINELLI PC
501 Commerce Street, Suite 1300
Nashville, TN 37203
Tel.: (615) 252-3928
Email: john.peterson@polsinelli.com
Email: kkraemer@polsinelli.com

*Counsel for Alpha Residential TN, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which served the same upon all counsel of record.

*/s/ John W. Peterson*
John W. Peterson