**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | |
|---|---|
| **MATHEW ROGERS,** on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>**ALPHA RESIDENTIAL TN, LLC,** *doing business as:* **ALPHA RESIDENTIAL,**<br><br>     Defendant. | No. 3:26-cv-00464<br><br>Honorable District Judge Eli J. Richardson |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Mathew Rogers and Defendant Alpha Residential TN, LLC *d/b/a* Alpha Residential ("the Parties"), by and through their undersigned counsel, hereby notify the Court that they have reached an agreement in principle on the material terms of an individual settlement in this matter.

The Parties request of the clerk to strike any upcoming hearings and stay all case deadlines. The Parties anticipate filing dismissal papers within sixty (60) days of this Notice.

*[Counsel signature blocks to follow on next page.]*

1

RESPECTFULLY SUBMITTED this 9th day of July, 2026.

*/s/ J. Anthony I. Paronich*
Anthony Paronich (*pro hac vice*)
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

J. Gerard Stranch, IV
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 250-3937
gstranch@stranchlaw.com

*Counsel for Plaintiff*
*and the Putative Class*

*/s/ John W. Peterson*
John W. Peterson
Keelin McGovern Kraemer
**POLSINELLI P.C.**
501 Commerce Street, Suite 1300
Nashville, TN 37203
[T] 615-259-1510
[F] 615-259-1573
john.peterson@polsinelli.com
kkraemer@polsinelli.com

*Counsel for Defendant*

2