IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **MATHEW ROGERS,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ALPHA RESIDENTIAL TN, LLC,** d/b/a **ALPHA RESIDENTIAL,**<br><br>Defendant. | Case No.: 3:26-cv-00464<br><br>JUDGE RICHARDSON<br>MAGISTRATE JUDGE FRENSLEY |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Mathew Rogers and Defendant Alpha Residential TN, LLC file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear their own costs and attorneys' fees.

Dated: August 28, 2026.

Respectfully submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR # 23045)
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
615-254-8801
Email: gstranch@stranchlaw.com

Anthony I. Paronich (*pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
617-485-0018
Email: anthony@paronichlaw.com

*Counsel for Matthew Rogers*

*/s/ John W. Peterson w/ permission*
John W. Peterson (#26136)
Keelin M. Kraemer (#41284)
POLSINELLI PC
501 Commerce Street, Suite 1300
Nashville, TN 37203
Tel.: (615) 252-3928
Email: john.peterson@polsinelli.com
Email: kkraemer@polsinelli.com

*Counsel for Alpha Residential TN, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the August 28, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which served the same upon all counsel of record.

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR # 23045)