UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MATHEW ROGERS,<br><br>Plaintiff,<br><br>v.<br><br>ALPHA RESIDENTIAL TN, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 3:26-cv-00464<br><br>JUDGE RICHARDSON |

**ORDER**

On August 28, 2026, the parties filed a "Stipulation of Dismissal with Prejudice" (Doc. No. 19, "Stipulation") pursuant to Fed. R. Civ. P. 41(a)(1). As the Stipulation was signed by counsel for all parties, the Stipulation sufficed to dismiss this matter pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) without any action on the part of the Court. The Stipulation states that the dismissal is with prejudice, and thus under Fed. R. Civ. P. 41(a)(1)(B) the dismissal in fact is with prejudice. Accordingly, the Court acknowledges that this action has been **DISMISSED** with prejudice effective as of the time of the filing of the Stipulation.

The Clerk of the Court is **DIRECTED** to enter judgment pursuant to Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

Eli Richardson
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE