**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

Mathew Rogers

Plaintiff,

v.

Case No.: 3:26−cv−00464

Alpha Residential TN, LLC

Defendant,

**ENTRY OF JUDGMENT**

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/3/2026 re [20].

Vicki R. Kinkade
s/ Alexuss I Malone, Deputy Clerk